**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**AT INDIANAPOLIS**

| | |
|---|---|
| **JOHN DOE, et al.,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) **CAUSE NO. 1:12-cv-0062 TWP-MJD** |
| | ) |
| **CITY OF INDIANAPOLIS, INDIANA** | ) |
| **et al.,** | ) |
| | ) |
| **Defendants.** | ) |

**RESPONSE TO PLAINTIFF'S MOTION TO CERTIFY CASE AS CLASS ACTION**

Defendant Prosecutor, Marion County, Indiana, by counsel, David A. Arthur, Deputy

Attorney General, for response to the Plaintiff's Motion to Certify Case as Class Action (doc. no.

8) states that there is no objection to class certification.

Respectfully submitted,

GREGORY F. ZOELLER
Indiana Attorney General
Attorney No. 1958-98

By: *s/David A. Arthur*
David A. Arthur
Deputy Attorney General
Atty. No. 2461-48
Ind. Govt. Center South, Fifth Floor
302 W. Washington Street
Indianapolis, IN  46204
Telephone:    (317) 232-6286
Fax:              (317) 232-7979
David.Arthur@atg.in.gov

## CERTIFICATE OF SERVICE

I hereby certify that on March 2, 2012, I electronically filed the foregoing motion with

the Clerk of the Court using the CM/ECF system which sent notification of such filing to the

following:

Kenneth J. Falk
ACLU of Indiana
kfalk@aclu-in.org


 s/David A. Arthur
David A. Arthur
Deputy Attorney General