UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JOHN DOE, *et al.*, ) | |
| ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:12-cv-0062 TWP-MJD |
| ) | |
| PROSECUTOR, MARION COUNTY, ) | |
| INDIANA., ) | |
| ) | |
| Defendant. ) | |

**ORDER CERTIFYING CASE AS CLASS ACTION**

Plaintiff, having filed his Motion to Certify Case as Class Action (Doc. No. 8), and defendant Prosecutor, Marion County, Indiana, having notified the Court that he does not object to the certification of the class in this case (Doc. No. 30), and the Court being duly advised, finds that all the requirements of Rule 23(a) and (b)(2) of the Federal Rules of Civil Procedure are met in this case and, accordingly, the case should be certified as a class action pursuant to Rule 23(b)(2).

IT IS THEREFORE ORDERED that this case is certified as a class action pursuant to Rule 23(b)(2) of the Federal Rules of Civil Procedure with the plaintiff John Doe as class representative.

IT IS FURTHER ORDERED that the class is defined as:

all Marion County residents required to register as sex or violent offenders pursuant to Indiana law who are not subject to any form of supervised release and who are sexually violent predators under Indiana law or who have been convicted of one or more of the offenses noted in Indiana Code § 35-42-4-12(b)(2) and who are not within the statutory exceptions noted in Indiana Code § 35-42-4-12(a).

IT IS FURTHER ORDERED that the class is certified as to the claim that Indiana Code

§ 35-42-4-12 is unconstitutional.

IT IS FURTHER ORDERED that Kenneth J. Falk is appointed as counsel for the class pursuant to Rule 23(g) of the Federal Rules of Civil Procedure.

03/06/2012
Date

Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

cc:

David A. Arthur
OFFICE OF THE ATTORNEY GENERAL
David.Arthur@atg.in.gov

Kenneth J. Falk
ACLU OF INDIANA
kfalk@aclu-in.org

Justin F. Roebel
CITY OF INDIANAPOLIS, OFFICE OF CORPORATION COUNSEL
jroebel@indygov.org

Kate E. Shelby
INDIANA ATTORNEY GENERAL
kate.shelby@atg.in.gov

Alexander Phillip Will
OFFICE OF CORPORATION COUNSEL
awill@indygov.org