UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JOHN DOE, | ) |
| | ) |
|     Plaintiff, | ) |
| vs. | ) NO. 1:12-cv-00062-TWP-MJD |
| | ) |
| PROSECUTOR, MARION COUNTY, INDIANA, | ) ) |
| | ) |
|     Defendant. | ) |

**ENTRY ON ORAL ARGUMENT HELD MAY 31, 2012**

This matter comes before the Court for an oral argument on Plaintiff's Motion for Preliminary Injunction (Dkt. 34). Plaintiff appears by counsel, Kenneth J. Falk. Defendant appears by counsel, David A. Arthur and Kate E. Shelby. The Court Reporter is David Moxley.

Argument is heard regarding the pending motion for preliminary injunction. The Court takes the motion under advisement and will issue a ruling within thirty days.

Date: 05/31/2012

_____
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution to:

David A. Arthur
OFFICE OF THE ATTORNEY GENERAL
David.Arthur@atg.in.gov

Kenneth J. Falk
ACLU OF INDIANA
kfalk@aclu-in.org

Justin F. Roebel
CITY OF INDIANAPOLIS, OFFICE OF CORPORATION COUNSEL
jroebel@indygov.org

Kate E. Shelby
INDIANA ATTORNEY GENERAL
kate.shelby@atg.in.gov

Alexander Phillip Will
OFFICE OF CORPORATION COUNSEL
awill@indygov.org