UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JOHN DOE,<br>On his own behalf and on behalf<br>of those similarly situated<br><br>Plaintiffs,<br><br>vs.<br><br>PROSECUTOR, MARION COUNTY,<br>INDIANA,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  NO. 1:12-cv-00062-TWP-MJD<br>)<br>)<br>)<br>)<br>) |

## **FINAL JUDGMENT**

After conducting a bench trial on the merits, the Court has denied Plaintiff, John Doe's Motion for Preliminary Injunction and request for permanent relief to enjoin enforcement of Indiana Code Indiana Code § 35-42-4-12 and ruled in favor of Defendant Prosecutor, Marion County, Indiana. The Court now enters final JUDGMENT in favor of Defendant.

SO ORDERED.

Dated: 06/22/2012

_____
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Laura Briggs, Clerk
United States District Court

_____
By: Deputy Clerk

1

Copies to:

David A. Arthur
OFFICE OF THE ATTORNEY GENERAL
David.Arthur@atg.in.gov

Kenneth J. Falk
ACLU OF INDIANA
kfalk@aclu-in.org

Justin F. Roebel
CITY OF INDIANAPOLIS, OFFICE OF CORPORATION COUNSEL
jroebel@indygov.org

Kate E. Shelby
INDIANA ATTORNEY GENERAL
kate.shelby@atg.in.gov

Alexander Phillip Will
OFFICE OF CORPORATION COUNSEL
awill@indygov.org